UNITED STATES BANKRUPTCY COURT FOR
THE EASTERN DISTRICT OF PENNSYLVANIA

In re: Samuel & Susan McCutchin     : Chapter 13

        Debtors        : Bky No. 23-12031 amc

**AMENDED NOTICE OF HEARING TO CONSIDER OBJECTION TO
PROOF OF AMENDED CLAIM OF WELLS FARGO CLAIM  #5**

To: Wells Fargo

**The debtor has filed an objection to the proof of claim you filed in this bankruptcy case.**

**Your claim may be reduced, modified, or eliminated.  You should read these papers carefully and discuss them with your attorney, if you have one.**

If you do not want the court to eliminate or change your claim, you or your lawyer must attend the hearing on the objection, scheduled to be held before the Honorable Ashely M Chan on 04/24/24 at 11:00 a.m. by telephone hearing.  To participate dial 877-873-8017 and use access code 3027681. Unless the court orders otherwise, the hearing on this contested matter will be an evidentiary hearing.  If you or your attorney do not attend the hearing on the objection by phone, the court may decide that you do not oppose the objection to your claim.

Date: April 9, 2024

                                      **s/Lawrence S.  Rubin, Esquire**
                                      Lawrence S. Rubin, Esquire
                                      Attorney for Debtor
                                      Lrubin@pennlawyer.com
                                      337 West State Street
                                      Media, PA 19063
                                      Phone No: (610) 565-6660

**Lawrence S. Rubin
Attorney**
337 W. State Street
Media, PA 19063-2615
610.565.6660
fax 610.565.1912
LRubin@Pennlawyer.com